UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT TIBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00170-JPH-KMB |
| ) | |
| DAUSS, et al., ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice**.

Date: 4/20/2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ROBERT TIBBS
248457
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only